J-S72024-14

**NON-PRECEDENTIAL DECISION - SEE SUPERIOR COURT I.O.P. 65.37**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | IN THE SUPERIOR COURT OF |
| | : | PENNSYLVANIA |
| Appellee | : | |
| | : | |
| v. | : | |
| | : | |
| JAMES RICHARD SCHWENK, | : | |
| | : | |
| Appellant | : | No. 565 WDA 2014 |

Appeal from the Judgment of Sentence Entered March 14, 2014,
In the Court of Common Pleas of Erie County,
Criminal Division, at No. CP-25-CR-0002496-2013.

BEFORE:  BENDER, P.J.E., SHOGAN, J., and STRASSBURGER, J.[*]

MEMORANDUM BY SHOGAN, J.:                **FILED JANUARY 30, 2015**

Appellant, James Richard Schwenk, appeals from the judgment of sentence of twelve to sixty months of imprisonment entered in the Court of Common Pleas of Erie County on March 14, 2014, following his conviction by a jury of one count of retail theft.  We remand.

Following imposition of sentence, Appellant filed a motion to reconsider sentence, which the trial court denied on March 24, 2014.  On April 8, 2014, Appellant filed a timely notice of appeal.  Appellant's counsel concurrently filed a Statement of Intent to File an ***Anders***/***McClendon*** Brief and a Motion for Bail Pending Appeal.  On April 16, 2014, the trial court denied bail and issued an order pursuant to Pa.R.A.P. 1925(b).  Thereafter, on May 6, 2014, in lieu of filing an opinion pursuant to Pa.R.A.P. 1925(a), the trial court

---

[*]  Retired Senior Judge assigned to the Superior Court.

issued an order directing the transmittal of the record to this Court, noting that it "improvidently issued a Concise Statement Order . . . **given [defense counsel's] Statement of Intent** to File an ***Anders***/***McClendon*** Brief . . . ." Order, 5/6/14, at 1 n.1 (emphasis added).

Defense counsel filed a docketing statement with this Court on April 21, 2014. On June 2, 2014, new counsel, also with the public defender's office, entered her appearance on Appellant's behalf and filed an advocate's brief without seeking to file a Rule 1925(b) statement *nunc pro tunc*. As we stated in **Commonwealth v. Myers**, 897 A.2d 493 (Pa. Super. 2006), "[T]he proper course for this Court is to forbid the use of ***Anders*** as a vehicle to circumvent the Rules of Appellate Procedure." ***Id***. at 496 (citing **Commonwealth v. West**, 883 A.2d 654, 657–658 (Pa. Super. 2005)). **See also** Pa.R.A.P. 1925(c)(3) (If a criminal appellant "was ordered to file a [Concise] Statement and failed to do so, such that the appellate court is convinced that counsel has been *per se* ineffective, the appellate court shall remand for the filing of a Statement *nunc pro tunc* and for the preparation and filing of an opinion by the judge.")

Accordingly, we remand this case to the trial court for the filing of a proper Pa.R.A.P. 1925(b) statement within thirty days of the filing of this memorandum, with service of a copy on the trial court and the Commonwealth. The trial court shall file an opinion within thirty days

thereafter and certify the record to this Court. Appellant may file a new brief or refile the current brief within thirty days of receipt of the trial court opinion. The Commonwealth shall file its brief within thirty days of receipt of Appellant's brief.

Case remanded. Panel jurisdiction retained.

Judgment Entered.

Joseph D. Seletyn, Esq.
Prothonotary

Date: 1/30/2015